Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Star Chain, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-3430903 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11735 Pointe Place | |
| Number    Street | Number    Street |
| | P.O. Box |
| Roswell    GA    30076 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor    Star Chain, Inc.                                                        Case number *(if known)*_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7225____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.    District _____ When _____ Case number _____
                                 MM / DD / YYYY
        District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.    Debtor _____ Relationship _____
        District _____ When _____
                                                       MM / DD / YYYY
        Case number, if known _____

Debtor  Star Chain, Inc._____   Case number (*if known*)_____
        Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number        Street

_____

_____ _____ _____
City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **3**

Debtor  Star Chain, Inc.                                        Case number (*if known*)_____
        Name

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/02/2019
             MM / DD / YYYY

✘ /s/ Omer Casurluk                          Omer Casurluk
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Will Geer                              Date  10/02/2019
Signature of attorney for debtor                   MM / DD / YYYY

Will Geer
Printed name
Wiggam & Geer, LLC
Firm name
50 Hurt Plaza, SE, Suite 1150
Number      Street
Atlanta                                      GA          30303
City                                         State       ZIP Code

404-233-9800                                 wgeer@wiggamgeer.com
Contact phone                                Email address

940493                                       GA
Bar number                                   State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

**Fill in this information to identify the case:**

Debtor name: Star Chain, Inc.

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Healty International<br>11735 Pointe Place<br>Roswell, GA, 30076 | | Monies Loaned / Advanced | | | | 2,500,000.00 |
| 2 | Customized Distribution, LLC<br>605 Selig Dr SW # A<br>Atlanta, GA, 30336 | | | | | | 1,305,396.83 |
| 3 | Hutton QSR, LLC<br>736 Cherry St.<br>Chattanooga, TN, 37402 | | Monies Loaned / Advanced | | | | 1,000,000.00 |
| 4 | Spring Home Builders, Inc.<br>11735 Pointe Place<br>Roswell, GA, 30076 | | Monies Loaned / Advanced | | | | 960,000.00 |
| 5 | MTN2, LLC<br>PO BOX 10007<br>Murfreesboro, TN, 37129 | | Monies Loaned / Advanced | | | | 750,000.00 |
| 6 | MBU Development Holdings, LLC<br>1 Churchhill Plac<br>Canary Wharf<br>London, United Kingdom, E14 5HP | | Monies Loaned / Advanced | | | | 500,000.00 |
| 7 | Captain D's, LLC<br>624 Grassmere Park Drive<br>Suite 30<br>Nashville, TN, 37211 | | Monies Loaned / Advanced | | | | 400,000.00 |
| 8 | Ravsan Mirzoyev<br>174 Rutherford PL<br>North Arlington, NJ, 07031 | | Monies Loaned / Advanced | | | | 360,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Star Chain, Inc.                                     Case number (*if known*)_____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | ATA International, LLC<br>c/o Alan Scheiderman<br>1935 CLIFF VALLEY STE. 118<br>Atlanta, GA, 30329 | | Monies Loaned / Advanced | | | | 250,000.00 |
| 10 | Augusta Burgers Express, Inc.<br>3540 WHEELER ROAD,#514<br>Augusta, GA, 30909 | | | Disputed<br>Contingent | | | 238,221.39 |
| 11 | McLane Company<br>2085 Midway Road<br>Carrolton, TX, 75006 | | | | | | 235,104.35 |
| 12 | Ertan Orbay<br>6240 Westfall Pkwy<br>Cumming, GA, 30040 | | Monies Loaned / Advanced | | | | 200,000.00 |
| 13 | Balsayat Jaroyeva<br>8100 River Roa,d Apt. 505<br>North Bergen, NJ, 07047 | | Monies Loaned / Advanced | | | | 200,000.00 |
| 14 | Huseyin Civan<br>4501 Avalon Blvd<br>Alpharetta, GA, 30009 | | Monies Loaned / Advanced | | | | 65,000.00 |
| 15 | FreshPoint<br>1200 Oakley Industrial Blvd Ste B<br>Fairburn, GA, 30213 | | Suppliers or Vendors | | | | 43,584.05 |
| 16 | Carolina-Georgia Sound, Inc.<br>3062 Damascus Rd<br>Augusta, GA, 30909 | | Services | | | | 36,913.01 |
| 17 | Bimbo QSR Ohio, LLC<br>3005 East Pointe Drive<br>Zanesville, OH, 43701 | | Suppliers or Vendors | | | | 36,849.02 |
| 18 | Wasserstrom Restaurant Supply<br>P.O. Box 182056<br>Columbus, OH, 43218 | | Suppliers or Vendors | | | | 32,644.93 |
| 19 | Ahmed H. Zaki, C.P.A., P.C.<br>2434 GA-120 Ste 110<br>Duluth, GA, 30097 | | Services | | | | 25,860.00 |
| 20 | Bainbridge Management Inc<br>890 F Atlanta St # 235<br>Roswell, GA, 30075 | | | | | | 21,739.00 |

1384 Madison, LLC
153-37 76th Road
Flushing, NY 11367

A & A Refrigeration
201 48th St.
Moline, IL 61265

A-Econo Rooter
Po Box 24604
Little Rock, AR 72221

ADS Security, LLC
289 S Culver St
Lawrenceville, GA 30046

ADT, Inc.
1501 Yamato Road
Boca Raton, FL 33431

AEO, Inc.
77 Hot Metal Street
Pittsburgh, PA 15203

ARC3 Gases Inc
1660 US-301
Dunn, NC 28334

AT&T
PO Box 537104
Atlanta, GA 30353

ATA International, LLC
c/o Alan Scheiderman
1935 CLIFF VALLEY STE. 118
Atlanta, GA 30329

AWS Distributing, Inc.
30W270 Butterfield Rd Suite 110
Warrenville, IL 60555

Adams Outdoor Advertising
3801 Capital City Blvd.
Lansing, MI 48096

Advanced Disposal Services, Inc.
90 Fort Wade Road, Suite 200
Ponte Vedra, FL 32081

Affordable Allergy Testing
283 Swanson Dr.
Lawrenceville, GA 30043

Affordable Maintenance
4672 Dixie Dr
Jackson, MS 39209

Agile Consulting Group Inc.
7535 S. SPALDING LAKE DR.
Atlanta, GA 30350

Ahmed H. Zaki, C.P.A., P.C.
2434 GA-120 Ste 110
Duluth, GA 30097

Airgas National Carbonation
3101 Stafford Dr
Charlotte, NC 28208

American Lock & Safe
4541 S Rhett Ave
North Charleston, SC 29405

American Solutions for Business
PO Box 218
Glenwood, MN 56334

Amtrust North America, Inc.
59 Maiden Lane
New York, NY 10038

Amur Equipment Finance, Inc.
308 N Locust St # 100
Grand Island, NE 68801

Arkansas Department of Revenue
PO Box 1272
Little Rock, AR 72203

Arrow Exterminators
192 Anderson Street SE, Suite 125
Marietta, GA 30060

Arrow Grounds Maintenance & Landscaping, LLC
701 S Laurel St.
Summerville, SC 29483

Atlanta Office Technologies, Inc.
5600 Oakbrook Pkwy
Norcross, GA 30093

Atlantic Pit Services Inc.
185 Industrial Park Cir
Lawrenceville, GA 30046

Atmos Energy
P.O. Box 650205
Dallas, TX 75265

Augusta Burgers Express, Inc.
3540 WHEELER ROAD,#514
Augusta, GA 30909

Augusta Equities, LLC
Po Box 3094
Florence, OR 97439

Augusta Utilities
452 Walker St.
Augusta, GA 30901

Austell Gas System
2838 Joe Jerkins Blvd.
Austell, GA 30106

B & C Communications
1740 Harmon Ave
Suite F
Columbus, OH 43223

Bainbridge Management Inc
890 F Atlanta St # 235
Roswell, GA 30075

Balsayat Jaroyeva
8100 River Roa,d Apt. 505
North Bergen, NJ 07047

Beltram Edge Tool Supply, Inc.
6800 North Florida Avenue
Tampa, FL 33604

Bestech
207 Commerce Drive Suite 401
Dallas, GA 30132

Bimbo Bakeries USA
P. O. Box 976
Horsham, PA 19044

Bimbo QSR Ohio, LLC
3005 East Pointe Drive
Zanesville, OH 43701

Black River Electric Cooperative Inc.
1121 N Pike W
Sumter, SC 29153

Byline Bank
180 North LaSalle Street
Chicago, IL 60601

CIT Bank, N.A.
1 CIT Drive
Livingston, NJ 07039

COGA HOLDINGS, LLC
2960 Sugarloaf Club Dr
Duluth, GA 30097

Captain D's, LLC
624 Grassmere Park Drive
Suite 30
Nashville, TN 37211

Captain D's, LLC
624 Grassmere Park Drive
Nashville, TN 37211

Carolina-Georgia Sound, Inc.
3062 Damascus Rd
Augusta, GA 30909

Centerpoint Energy, Inc.
P.O. Box 4981
Houston, TX 77210

Century Fire Protection, LLC
2450 Satellite Blvd
Duluth, GA 30096

Charleston Water System
103 St Philip St
Charleston, SC 29403

Checkers Drive-In Restaurants, Inc.
4300 West Cypress St. Suite 600
Tampa, FL 33607

Chrome Capital
821 WOODMERE CT APT 3C
Woodmere, NY 11598

Cintas Corporate Services, Inc.
40 TECHNOLOGY PARKWAY SOUTH, SUITE 300
Norcross, GA 30092

City of Atlanta Department of Watershed Management
72 Marietta St NW
Atlanta, GA 30303

City of Clayton
837 US-76
Clayton, GA 30525

City of Fayetteville
Fayetteville, GA 30214

City of Forest Park
745 Forest Parkway
Forest Park, GA 30297

City of Gainesville
300 Henry Ward Way
Gainesville, GA 30501

City of Griffin
100 S Hill St.
Griffin, GA 30223

City of Milledgeville
P.O. Box 1900

City of North Augusta
100 Georgia Ave
North Augusta, SC 29841

City of Sumter
21 N Main St
Sumter, SC 29150

City of Toccoa
92 North Alexander Street
Toccoa, GA 30577

Clayton County Water Authority
1600 Battle Creek Rd #430
Morrow, GA 30260

Cobb County Water System
660 S Cobb Dr
Marietta, GA 30060

Cobb EMC
1000 Emc Pkwy NE
Marietta, GA 30060

Coca-Cola North America
P.O. Box 1734
Atlanta, GA 30301

Comcast, Inc.
1701 JFK Blvd.
Philadelphia, PA 19103

Commercial Electronics
4020 Clairmont Rd
Chamblee, GA 30341

Constellation NewEnergy, Inc.
2985 GORDY PARKWAY, 1ST FLOOR
Marietta, GA 30066

Consulting-A-Solutions LLC

Corporate Consultants of America
14117 Cypress Cir
Tampa, FL 33618

Crunchtime Information System, Inc
129 Portland St 5th floor
Boston, MA 2114

Customized Distribution, LLC
605 Selig Dr SW # A
Atlanta, GA 30336

Cutters Landscape Management
506 Main St
Palmetto, GA 30268

Dale Harris- Gasket Guy
2578 Old Rockbridge Road
Norcross, GA 30087

Dale Vieau
377 St. Charles Place
Cottageville, SC 29435

Dallas Growth Capital and Funding, LLC d/b/a/ Sprout Funding
4890 Alpha Rd
Dallas, TX 75244

Darling Ingredients Inc
5601 N MacArthur Blvd
Irving, TX 75038

Dekalb County
1300 Commerce Drive
Decatur, GA 30030

Dekalb County Finance
PO Box 71224
Charlotte, NC 28272

Derst Baking Co, LLC
Savannah, GA 31405

Destiny Fire & Safety
437 Serenity Walk
McDonough, GA 30252

Dominion Energy
PO Box 100255
Columbia, SC 29202

Donald E. & Linda J Ludy
28548 Woollomes Road
Wasco, CA 93280

Donlen
3000 Lakeside Dr
Bannockburn, IL 60015

Dot It Restaurant Fullfillment
2001 E Randol Mill Rd Ste. 117
Arlington, TX 76011

Dr Amir Lamei
10930 Crabapple Rd.
Suite 106
Roswell, GA 30075

Drain Doctor LLC
715 Bush St Suite C2
Roswell, GA 30075

Duke Energy
550 S Tryon St
Charlotte, NC 28202

E.S.S., Inc.
2368 Lahinch Ct NW
Kennesaw, GA 30152

EIN Cap, Inc.
160 PEARL ST FL 5
New York, NY 10005

Easley Combined Utilities
110 Peachtree St
Easley, SC 29640

Easy-As-Pye Lawn Care, Inc
417 Hastings Pl
Martinez, GA 30907

Ecolab
1 Ecolab Place
St. Paul, MN 55102

Ecolab Food Safety Specialties
1 Ecolab Place
St. Paul, MN 55102

Ed Hines Landscape, Inc
4245 N Blackstock Rd
Spartanburg, SC 29301

Elarbee, Thompson, Sapp& Wilson, LLP
229 Peachtree St
Atlanta, GA 30303

Electro Freeze Mid Atlantic
8142 NC-42
Kenly, NC 27542

Entergy
425 W Capitol Ave
Little Rock, AR 72201

Enviro-Master Services, LLC
5200 77 Center Dr Suite 500
Charlotte, NC 28217

Ertan Orbay
6240 Westfall Pkwy
Cumming, GA 30040

F & S Landscape
1493 Jones Road
Cataula, GA 31804

FC Enterprises, Inc.
2199 GLENMORE LANE
Snellville, GA 30078

FTC
PO Box 743076
Atlanta, GA 30374

Faysal Tunc
c/o Aaron Chausmer
205 Corporate Center Drive, Suite B
Stockbridge, GA 30281

FedEx Corporate Services, Inc.
112 NORTH MAIN STREET
Cumming, GA 30040

Fesco, LTD.
1000 FESCO Avenue
Alice, TX 78332

Fire Side Natural Gas, LLC
2655 Dallas Hwy #210
Marietta, GA 30064

Fort Hill Natural Gas Authority
311 S Pendleton St
Easley, SC 29640

Four Plus Corp.
5251 Long Acre St #300
Montgomery, AL 36116

Fox Capital Group, Inc.
21701 STEVENS CREEK BLVD
UNIT 2796
Cupertino, CA 95015

FreshPoint
1200 Oakley Industrial Blvd Ste B
Fairburn, GA 30213

GEL Funding, LLC a/k/a Chrome Capital
5308 13th Avenue Suite 324
Brooklyn, NY 11219

GFX International
333 Barron Blvd
Grayslake, IL 60030

GRP Media, Inc
Chicago, IL 60611

Gasket Guy Of Charleston
411 Wando Park Blvd Suite A
Mt Pleasant, SC 29464

Gecko Hospitality
2431 First St
Fort Meyers, FL 33901

George Weist d.b.a. Roto-Rooter Plumbers
2500 First Financial Center
255 East Fifth Street
Cincinnati, OH 45202

Georgia Capital Group LLC
PO Box 638251
Cincinnati, OH 45263

Georgia Department of Revenue
1800 Century Boulevard
Suite 9100
Atlanta, GA 30345-0000

Georgia Power
96 Annex
Atlanta, GA 30396

Gordon Food Service
1300 Gezon Parkway SW
Wyoming, MI 49509

Green Christian Lawn Care
1031 Roseclair Drive
North Little Rock, AR 72117

Guardian Life Ins. Co.
PO Box 677458
Dallas, TX 75267

Gwinnett County Water Resources
684 Winder Hwy NE
Lawrenceville, GA 30045

Gwinnett Environmental Health
455 Grayson Hwy, Suite 600
Lawrenceville, GA 30046

HM Electronics, Inc.
2848 Whiptail Loop W
Carlsbad, CA 92010

HPI Direct, Inc.
785 Goddard Ct
Alpharetta, GA 30005

Hall Booth Smith, P.C.
191 Peachtree St #2900
Atlanta, GA 30303

Healty International
11735 Pointe Place
Roswell, GA 30076

Hiller Plumbing, Heating, Cooling & Electrical
915 Murfreesboro Pike
Nashville, TN 37217

Hobart Service- ITW Food Equipment Group
701 South Ridge Ave.
Troy, OH 45374

Homeland Park Water
3231 D L Dr.
Anderson, SC 29624

Hospitality Control Solutions
P.O. Box 40308
Nashville, TN 37204

Hotel & Restaurant Supply, Inc
2508 PERIMETER PLACE DRIVE
Nashville, TN 37214

Hunt Electric
1863 West Alexander Street
Salt Lake City, UT 84119

Huseyin Civan
4501 Avalon Blvd
Alpharetta, GA 30009

Hutton QSR, LLC
736 Cherry St.
Chattanooga, TN 37402

Image Solutions
4669 Crossroads Industrial

Infiniti Financial Services
P.O. Box 660360
Dallas, TX 75266

Integrated Cash Logistics, LLC
4200 Governor Printz Boulevard
Wilmington, DE 19802

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Jackson Electric Membership Corporation
P.O. Box 38
850 Commerce Road
Jefferson, GA 30549

Johnson Controls
5757 N. Green Bay Ave.
PO Box 591
Milwaukee, WI 53201

Kennedy's Locksmithing
613 W Main St Suite B
Hendersonville, TN 37075

Liberty Utilities
1766 Cleveland Hwy
Gainesville, GA 30501

MBU Development Holdings, LLC
1 Churchhill Plac
Canary Wharf
London, United Kingdom,  E14 5HP

MTN2, LLC
PO BOX 10007
Murfreesboro, TN 37129

Madison LLC
153-37 76th Road
Flushing, NY 11367

Mark Peakes
c/o The Reddy Law Firm, P.C.
1325 Satellite Blvd.
Suwanee, GA 30024

Marmic Fire & Safety Co Inc
1014 S Wall Ave
Joplin, MO 64801

Maximum Maintenance
PO Box 11436
Atlanta, GA 30310

Mazuma Capital Corp.
274 West 12300 South
Draper, UT 84020

Mc Duffie County Health Department
307 Greenway St
Thomson, GA 30824

McDuffie Co Tax Comm
210 Railroad St
Suite 1205  PO Box 955
Thomson, GA 30824

McLane Company
2085 Midway Road
Carrolton, TX 75006

Metro Communications
8 S Washington St.
PO Box 555
Sullivan, IL 61951

Metro Water Services
1700 3rd Ave N
Nashville, TN 37208

Middle Tennessee Electric
P. O. Box 608 (37133)
Murfreesboro, TN 37128

Middlebrooks Electric Service
718 S. East St.
Benton, AR 72015

Midtown Park Associates, LLC
1220 Washington Street
Kansas City, MO 64105

Millennium Digital Technologies
655 W 13 Mile Rd
Madison Heights, MI 48071

Mt Bethel United Methodist Church
4385 Lower Roswell Rd
Marietta, GA 30068

Murfreesboro Refrigeration Company
642 Evergreen Dr.
Murfreesboro, TN 37128

Murfreesboro Water Resources Dept
300 NW Broad St
Murfreesboro, TN 37130

My Georgia Electric LLC
3340 RIDGEFAIR DR
Cumming, GA 30040

NCR Corporation
864 Spring St NW
Atlanta, GA 30308

NUCo2, Inc.
2800 SE Market Place
Stuart, FL 34997

Nashville Electric Service
1214 Church St
Nashville, TN 37246

Navitas Credit Corp.
PO Box 979131
Miami, FL 33197

Netlink Voice
400 Liberty Park Ct
Flowood, MS 39232

Newks Franchise Company, LLC
2680 Crane Ridge Drive
Jackson, MS 39216


Nextwave Enterprises, LLC
5757 Blue Lagoon Drive
Suite 170
Miami, FL 33126


Norris Legal Atlanta Law Group, LLC
Atlanta, GA 30309


Oakley E. Van Slyke and Dena Van Slyke
209 Avenida Granada
San Clemente, CA 92672


Oil Solutions Group
4801 Green Oaks Dr
Colleyville, TX 76034


OnePoint
PO Box 1849
Woodstock, GA 30188


Online Store LLC
1000 Westinghouse Dr
New Stanton, PA 15672


Onsite Environmental
1421 Baptist World Center Dr
Nashville, TN 37202


Parthenon Plumbing & HVAC
4751 Trousdale Drive
Nashville, TN 37220


Parts Town, LLC
1200 Greenbriar Dr.
Addison, IL 60101


Patrice and Associates Franchising, Inc
10020 Southern Maryland Blvd Suite 100
Dunkirk, MD 20754


Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80526


Piedmont Natural Gas
4720 Piedmont Row Drive
Charlotte, NC 28210


Pitney Bowes, Inc.
3001 Summer Street
Stamford, CT 6296


Pounds Mechanical Services
3207 Pinto Drive
Powder Springs, GA 30127


Proline Striping Service, Inc
7333 Paragon Road
Suite 200
Dayton, OH 45459


Quick Bridge Funding, LLC
410 Exchange
Irvine, CA 92602


Quill, LLC
P.O. Box 37600
Philadelphia, PA 19101


R.J. Stacy Service Company
Conway, AR 72034


RB Perry LLC
PO Box 160478
Nashville, TN 37216


REPUBLIC SERVICES OF GEORGIA GP, LLC
289 S Culver St
Lawrenceville, GA 30046


RSM US LLP
One Atlantic Center 1201 West Peachtree St. NW, Suite 800
Atlanta, GA 30309


Ravsan Mirzoyev
174 Rutherford PL
North Arlington, NJ 07031


Resource Point of Sale LLC
1765 N Elston Avenue
Chicago, IL 60642

Retail Technology Group
1663 Fenton Business Park Ct
Fenton, MO 63026

Richmond County Health Department
1916 North Leg Rd.
Augusta, GA 30909

Ronnie Tubbs
PO Box 145
West Union, SC 29696

Roto-Rooter Services Company
289 S. Culver St.
Lawrenceville, GA 30046

Rule Joy Trammell & Rubio, LLC
300 Galleria Pkwy #700
Atlanta, GA 30339

S & W Contracting Co., INC.
952 New Salem Rd
Murfreesboro, TN 37129

SI Group of Restaurants 2, LLC
4788 B Jonesboro Rd, ST. 3
Union City, GA 30291

SI Group of Restaurants LLC
4788 B Jonesboro Rd, ST. 3
Union City, GA 30291

SI Restaurants Development LLC
4788 B Jonesboro Rd, ST. 3
Union City, GA 30291

SLM Waste & Recycling Services
5000 Commerce Drive
Green Lane, PA 18054

SPG Anderson Mall, LLC
CORPORATION TRUST CENTER 1209 ORANGE ST
Wilmington, DE 19801

SecurCare Self Storage
289 S. Culver Street
Lawrenceville, GA 30046

Shred-It USA
4010 Commercial Ave
Northbrook, IL 60062

Sicom Systems, Inc.
1325 Williams Dr
Marietta, GA 30066

Snagajob, Inc.
4851 Lake Brook Drive
Glen Allen, VA 23060

South Carolina Department of Revenue
PO Box 125
Columbia, SC 29214

Southeastern Sound Inc
3745 Dickerson Pike
Nashville, TN 37207

Spartanburg Water System
200 Commerce St
Spartanburg, SC 29306

Spectrum
PO Box 70872
Charlotte, NC 28272

Spring Home Builders, Inc.
11735 Pointe Place
Roswell, GA 30076

Steve Culpepper
26 N Winward Ct
Taylors, SC 29687

Summerville Commissioners of Public Works
215 N Cedar St
Summerville, SC 29483

Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree St NE Suite 300
Atlanta, GA 30309

Sysco Atlanta
2225 Riverdale Rd
College Park, GA 30337

System 5 Electronics, Inc.
2820 Campbellton Rd SW
Atlanta, GA 30311

TET Food Chain, LLC
3542 OLD MILTON PKWY
Alpharetta, GA 30005

Taylor Freezer Sales Co. of GA, Inc.
247 Castleberry Industrial Dr
Cumming, GA 30040

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

Tennessee Knife Company, LLC
PO Box 12153
Murfreesboro, TN 37129

The Wasserstrom Company
P.O. Box 182056
Columbus, OH 43218

USA Paper & Ribbon Inc.
21270 Eight Mile Rd
Southfield, MI 48075

USA Teleservices
371 Fore Street # 202
Portland, ME 4101

Unified Government of Athens-Clarke County
301 College Ave
Athens, GA 30601

Utility Billing Services
PO Box 31569
Clarksville, TN 37040

Valley Proteins, Inc.
P.O. Box 3588
Winchester, VA 22604

Visual Concepts
606 Sail Point Court
Columbia, SC 29212

WCM Funding, LLC
116 Nassau St.
Suite 804
New York, NY 10038

Wallis State Bank
10055 Almeda Genoa, Suite 100
Houston, TX 77075

Walton EMC
P.O. Box 260
Monroe, GA 30655

Warehouse of Hope Inc.
100 Hunter Rd
Douglasville, GA 30134

Wasserstrom Restaurant Supply
P.O. Box 182056
Columbus, OH 43218

Whaley Food Service
5201 Brook Hollow Pkwy # E
Norcross, GA 30071

Williams Sewer & Drain, Inc
887 Stagecoach Rd NE
Thomson, GA 30824

Windstream
4001 N Rodney Parham Rd
Little Rock, AR 72212

Wow!
3714 Wheeler Road
Augusta, GA 30909

Yogli Mogli Franchise, LLC
265 Turner Drive
Durango, CO 81303

Zanacore Technology
625 Beaver Ruin Rd
Lilburn, GA 30047

United States Bankruptcy Court
Northern District of Georgia

In re: Star Chain, Inc.

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/02/2019

/s/ Omer Casurluk
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

# **CERTIFICATE OF RESOLUTIONS**

**Omer Casurluk,** as the CEO and Managing Member of **Star Chain, LLC.,** a Georgia limited- liability company ("Company"), and with the Company having no other board of directors, hereby certify that at a special meeting held on September 29, 2019, the following resolutions were adopted and that these resolutions have been neither modified nor rescinded and each remain in full force and effect as of execution of this Certificate of Resolutions:

**RESOLVED,** that in the judgment of the Company, its manager, and its member, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code");

**RESOLVED,** that Omer Casurluk (himself or his designee being an "Authorized Person" and all being the "Authorized Persons") is hereby authorized, empowered, and directed, in the name of and on behalf of the Company to execute and verify a petition and any amendments thereto under Chapter 11 of the Bankruptcy Code ("Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court, Northern District of Georgia ("Bankruptcy Court"), at such time as the Authorized Person executing the same shall determine;

**RESOLVED,** that the law firms of Rountree, Leitman & Klein, LLC (the "Rountree Firm") and WIGGAM & GEER, LLC (the "Geer Firm," together with the Andersen Firm, the "Firms") are engaged and shall continue their engagement as attorneys for the Company in the Chapter 11 Case as general restructuring counsel, subject to certain approvals required by the Firms to be obtained from the Bankruptcy Court;

**RESOLVED,** that each Authorized Person, and such other persons as an Authorized Person may from time to time designate, and any employees or agents designated by or directed by any such Authorized Person, including counsel, be, and hereby are, authorized, empowered, and directed, in the name and on the behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, adversary proceedings, claim objections, plans, pleadings, and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of the same;

**RESOLVED,** that each Authorized Person, and such other Persons as an Authorized Person may from time to time designate, and any employees or agents designated by or directed by any such Authorized Person, including counsel, be, and hereby are, authorized, empowered, and directed, in the name and on the behalf of the

Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates, and other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company through Chapter 11 of the Bankruptcy Code; and

**RESOLVED**, that any and all past actions taken by any Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are ratified, confirmed, and approved.

**IN WITNESS WHEREOF,** I have executed this Certificate of Resolution this 29th day of September, 2019.

**Star Chain, Inc.,**

_____

By:    Omer Casurluk
Its:    Managing Member and CEO