IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**STAR CHAIN, INC., SC RESTAURANT MANAGEMENT, LLC, OMER CASURLUK, US STAR 1, LLC, US STAR 3, LLC, US STAR 5, LLC, US STAR 6, LLC, US STAR 8, LLC, US STAR 9, LLC, US STAR 10, LLC, US STAR 11, LLC, US STAR 12, LLC, US STAR 16, LLC, US STAR 17, LLC, US STAR 18, LLC, US STAR 19, LLC, US STAR 20, LLC, US STAR 21, LLC, US STAR 26, LLC, US STAR 27, LLC, US STAR 30, LLC, US STAR 31, LLC, US STAR 32, LLC, US STAR 33, LLC, US STAR 36, LLC, US STAR 39, LLC, US STAR 41, LLC,**<br><br>**Debtors.** | **CHAPTER 11**<br><br>**CASE NO.  19-65768**<br><br>**[Proposed Joint Administration]** |
| **US STAR 1, LLC, US STAR 6, LLC, US STAR 26, LLC, US STAR 30, LLC, US STAR 39, LLC, AND US STAR 41, LLC,**<br><br>**Movants,**<br><br>**vs**<br><br>**CIT BANK, NA, BYLINE BANK, AND DALLAS GROWTH CAPITAL AND FUNDING, LLC d/b/a SPROUT FUNDING,**<br><br>**Respondents.** | **Contested Matter** |

## EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

COME NOW US Star 1, LLC; US Star 6, LLC; US Star 26, LLC; US Star 30, LLC; US

Star 39, LLC; and US Star 41, LLC (collectively, the "Debtors"), pursuant to Title 11 of the United

States Code (the "Bankruptcy Code"), Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 363, and

Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and file this

Emergency Motion for Entry of an Interim Order Authorizing Use of Cash Collateral (the

"Motion"). In support of the Motion, the Debtors show the Court as follows:

## Jurisdiction and Venue

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334.

This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of this proceeding is proper in

this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The relief requested in this Motion is based on Sections §§ 105, 361, 363, and 364

of the Bankruptcy Code and Bankruptcy Rule 4001(b).

## Background

3. On October 2, 2019 (the "Petition Date"), the Debtors filed voluntary petitions for

relief under Chapter 11 of the Bankruptcy Code and have continued in possession of their property

and management of their businesses as debtors-in-possession pursuant to Sections 1107 and 1108

of the Bankruptcy Code. As of the date of this filing, no official committee of unsecured creditors

has been appointed and no request for the appointment of a trustee or examiner has been made.

Each of the Debtors has filed both a Notice of Designation as Complex Chapter 11 Case and an

Emergency Motion for Joint Administration of Related Cases.

*US Star 1, LLC*

4. Debtor US Star 1, LLC is a Georgia-based company that operates restaurants with

franchisor Checkers.

5.      Upon information and belief, CIT Bank, N.A. ("CIT Bank") asserts a first priority security interest in all deposit accounts, accounts receivable, inventory, and equipment of US Star 1, LLC.

6.      In order to effectively reorganize, Debtor US Star 1, LLC must have access to cash to pay the operating expenses of the Business. If US Star 1, LLC does not have the authority to use its available cash to pay operating expenses of its business, including insurance, wages, and property taxes, the Business will be irrevocably harmed.

*US Star 39, LLC*

7.      Debtor US Star 39, LLC is a Georgia-based company that operates restaurants with franchisor Newk's.

8.      Upon information and belief, Byline Bank asserts a first priority security interest in all deposit accounts, accounts receivable, inventory, and equipment of US Star 39, LLC.

9.      In order to effectively reorganize, Debtor US Star 39, LLC must have access to cash to pay the operating expenses of its business. If US Star 39, LLC does not have the authority to use its available cash to pay operating expenses of its business, including insurance, wages, and property taxes, its business will be irrevocably harmed.

*US Star 6, LLC, US Star 26, LLC, US Star 30, LLC & US Star 41, LLC*

10.     Debtors US Star 6, LLC, US Star 26, LLC, US Star 30, LLC, and US Star 41, LLC (collectively, the "Sprout Funding Debtors") are Georgia-based companies that operate restaurants with franchisors Checkers and Captain D's.

11.     Upon information and belief, Dallas Growth Capital and Funding, LLC d/b/a/ Sprout Funding ("Sprout Funding") asserts a first priority security interest in all deposit accounts, accounts receivable, inventory, and equipment of the Sprout Funding Debtors.

12.     In order to effectively reorganize, the Sprout Funding Debtors must have access to cash to pay the operating expenses of their businesses. If the Sprout Funding Debtors do not have the authority to use their available cash to pay operating expenses of their businesses, including insurance, wages, and property taxes, their businesses will be irrevocably harmed.

<u>**Relief Requested**</u>

13.     The Debtors, after conducting an interim hearing on the Motion, seek the entry of an order, pursuant to Sections 105, 361, and 363 of the Bankruptcy Code and Bankruptcy Rule 4001(b) that (a) authorizes the Debtors to use cash collateral pursuant to the proposed budget attached to this Motion as <u>Exhibit A</u> (the "Budget"); and (b) schedules a final hearing on the Motion. In accordance with Bankruptcy Rule 4001, the following are the Debtors' proposed terms for the use of cash collateral:

(a)     <u>Purpose.</u> Cash collateral will be used to pay operating expenses of their businesses, including, but not limited to, insurance, wages, and property taxes.

(b)     <u>Use of Cash Collateral</u>. Cash collateral will be used only pursuant to the terms of the Budget, subject to a 10% variance, during the period following entry of the Interim Order until the earlier of: (i) 45 days following entry of the Interim Order; (ii) conversion of the case to Chapter 7 or dismissal of the case; or (iii) the Debtors' violation of the terms of the Interim Order, including failure to comply with the Budget.

(c)     <u>Adequate Protection</u>. As adequate protection for the cash collateral expended pursuant to the Interim Order: (a) CIT Bank shall be given a replacement lien on all tangible and intangible personal property, including, but not limited to, goods, fixtures, chattel paper, documents, equipment, instruments, and inventory, wherever located, belonging to US Star 1, LLC, to the extent and validity of those liens that existed pre-petition; (b) Byline Bank shall be

given a replacement lien on all tangible and intangible personal property, including, but not limited to, goods, fixtures, chattel paper, documents, equipment, instruments, and inventory, wherever located, belonging to US Star 39, LLC, to the extent and validity of those liens that existed pre-petition; and (c) Sprout Funding shall be given a replacement lien on all tangible and intangible personal property, including but not limited to, goods, fixtures, chattel paper, documents, equipment, instruments and inventory wherever located belonging to the Sprout Funding Debtors, to the extent and validity of those liens that existed pre-petition. Cash collateral will only be used for items set forth in a Budget to be approved by the Court, subject to a 10% variance.

## **Basis for Relief Requested**

14.    The Debtors' use of the cash collateral is essential to the continuing operation of the Business and for an effective reorganization. If Debtors do not have the authority to use their available cash to pay operating expenses of their businesses, the going concern value of their businesses will be significantly harmed, and the estate and the creditors will be negatively affected. The Debtors do not propose to use cash collateral to pay any creditors any amounts due and owing pre-petition.

15.    Section 363(c)(2) of the Bankruptcy Code provides that a debtor may not use, sell or lease cash collateral unless each entity with an interest in such cash collateral consents or the Court authorizes such use, sale, or lease. Section 363(e) provides that the Court shall condition such use of cash collateral as is necessary to provide adequate protection of such interests. Section 363(p) provides that at a hearing on the use of cash collateral, the entity asserting an interest in the cash collateral has the burden of proof on the issue of the validity, priority, or extent of such interest, and the debtor-in-possession has the burden of proof on the issue of adequate protection.

16.    The Debtors request authority to use cash collateral for the purposes and amounts set forth in the proposed Budget.  In accordance with Section 363(e), the proposed Interim Order provides that adequate protection will be provided to the lender with first priority to the extent of any diminution in value of its pre-petition collateral through replacement liens.

**<u>Request for Immediate and Emergency Interim Relief</u>**

17.    Pending the Final Hearing, the Debtors require immediate use of cash collateral to meet their obligations.  It is essential that the Debtors maintain consistent operations and resume paying for ordinary, post-petition operating expenses to minimize any damage caused by the filing.  Without immediate use of cash collateral, the Debtors will be unable to pay ongoing operating expenses.  Accordingly, if interim relief is not granted, the Debtors' assets will be immediately and irreparably jeopardized to the detriment of the Debtors, the estate, creditors, and other parties in interest.

18.    The Debtors request the Court to schedule an Interim Hearing as soon as practicable to consider the Debtors' request for use of cash collateral.  Bankruptcy Rule 4001(b) permits a court to approve a debtor's request for use of cash collateral during the 15-day period following the filing of a motion for use of cash collateral in such amounts as is necessary to avoid irreparable harm to the estate pending a final hearing.  In considering requests for interim relief courts apply the same business judgment standard applicable to other business decisions.

19.    For the reasons explained above, the Debtors believe that granting the relief requested is appropriate and in the best interest of the estate.

**<u>Notice</u>**

20.    Notice of this Motion has been provided to the Office of the United States Trustee, CIT Bank, N.A., Byline Bank, Dallas Growth Capital and Funding, LLC d/b/a Sprout Funding,

and any other creditors who may have an interest in the Cash Collateral.  In light of the interim nature of the relief requested, the Debtors submit that such notice is adequate under the circumstances.

<u>**Recitations Pursuant to General Order No. 26-2019 ¶ (G)(1)**</u>

21.     Neither the proposed form of order on this Motion nor the underlying loan agreement contain any of the following provisions:

I.      Provisions that grant cross-collateralization protection (other than replacement liens or other adequate protection) to the prepetition secured creditors (i.e., clauses that secure prepetition debt by postpetition assets in which the secured creditor would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law);

II.     Provisions or findings of fact that bind the estate or other parties in interest with respect to the validity, perfection or amount of the secured creditor's prepetition lien or the waiver of claims against the secured creditor without first giving parties in interest at least seventy-five (75) days from the entry of the order and the creditors' committee, if formed, at least sixty (60) days from the date of its formation to investigate such matters;

III.    Provisions that seek to waive, without notice, whatever rights the estate may have under 11 U.S.C.§ 506(c);

IV.     Provisions that grant to the prepetition secured creditor liens on the Debtor's claims and causes of action arising under 11 U.S.C. §§ 544, 545, 547, 548 and 549;

V.      Provision that deem prepetition secured debt to be postpetition debt or that use postpetition loans from a prepetition secured creditor to pay part or all of that secured creditor's prepetition debt, other than as provided in 11 U.S.C. § 552(b);

VI.     Provisions that provide disparate treatment for the professionals retained by a creditors' committee from those professional retained by the Debtor with respect to a professional fee carve-out;

VII.    Provisions that prime any secured lien without the consent of that lienor; nor

VIII.    Provisions that seek to affect the Court's power to consider the equities of the case under 11 U.S.C.§ 552(b)(1).

**WHEREFORE**, the Debtors request that this Court enter an order granting interim use of cash collateral consistent with this Motion and grant the Debtors such other and further relief as is just and proper.

Dated: October 2, 2019.

/s/ Will B. Geer
Will B. Geer
Georgia State Bar No. 940493
WIGGAM & GEER, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303
T: (404) 233-9800
F: (404) 287-2767
wgeer@wiggamgeer.com

and

/s/ William A. Rountree
William A. Rountree
Georgia State Bar No. 616503
ROUNTREE LEITMAN & KLEIN, LLC
Century Plaza I
2987 Clairmont Road, Ste. 175
Atlanta, Georgia 30329
(404) 584-1238 (telephone)
(404) 704-0246 (facsimile)
wrountree@rlklawfirm.com

Ex. A
BUDGET

| | US STAR 1 | US STAR 1 | US STAR 1 |
|---|---|---|---|
| | Checker's 3378 | Checker's 3054 | Checker's 3225 |
| **Revenue** | | | |
| Sales - Food | 79,909.37 | 72,708.38 | 37,992.55 |
| Sales - Food Other | 0.00 | 0.00 | 0.00 |
| Sales - Non-Alcoholic Beverages | 0.00 | 0.00 | 8,291.07 |
| Sales - Catering | 0.00 | 0.00 | 0.00 |
| Sales - Other | 0.00 | 0.00 | 0.00 |
| Sales - Retail | 0.00 | 0.00 | 0.00 |
| Beverage Rebate Program | 330.00 | 488.00 | 233.00 |
| Total Revenue | 80,239.37 | 73,196.38 | 46,516.62 |
| | | | |
| **Discounts** | | | |
| Discounts & Voids | 2,007.49 | 1,319.38 | 748.97 |
| Total Discounts | 2,007.49 | 1,319.38 | 748.97 |
| | | | |
| Total Net Sales | 78,231.88 | 71,877.00 | 45,767.65 |
| | | | |
| **Cost of Sales** | | | |
| COGS - Bakery | (3,694.15) | (3,158.14) | (3,385.19) |
| COGS - Dairy | 0.00 | 0.00 | 0.00 |
| COGS - Food Other | 22,891.67 | 22,780.47 | 15,088.82 |
| COGS - Dessert | 0.00 | 0.00 | 0.00 |
| COGS - Grocery | (17.63) | 0.00 | 0.00 |
| COGS - Soup | 0.00 | 0.00 | 0.00 |
| COGS - Meat | 0.00 | 0.00 | 0.00 |
| COGS - Poultry | 0.00 | 0.00 | 0.00 |
| COGS - Produce | 0.00 | 0.00 | 0.00 |
| COGS - Seafood | 0.00 | 0.00 | 0.00 |
| COGS - Condiments | 0.00 | 0.00 | 0.00 |
| COGS - Non-Alcoholic Beverages | 2,469.89 | 3,071.57 | 2,233.08 |
| Total Cost of Sales | 21,649.78 | 22,693.90 | 13,936.71 |
| | | | |
| Total Gross Profit | 56,582.10 | 49,183.10 | 31,830.94 |
| | | | |
| **Packaging** | | | |
| COGS - Paper and Plastic | 1,613.14 | 1,700.08 | 1,180.29 |
| COGS - Catering Packaging | 0.00 | 0.00 | 0.00 |
| Total Packaging | 1,613.14 | 1,700.08 | 1,180.29 |
| | | | |
| Total Gross Profit after COGS and Packaging | 54,968.96 | 47,483.02 | 30,650.65 |

1

Ex. A
**BUDGET**

| | US STAR 1 | US STAR 1 | US STAR 1 |
|---|---|---|---|
| | Checker's 3378 | Checker's 3054 | Checker's 3225 |
| **Labor and Benefits** | | | |
| Payroll - Hourly | 12,168.95 | 11,875.63 | 9,414.25 |
| Payroll - Overtime | 1,444.19 | 359.88 | 98.89 |
| Payroll - Training | 0.00 | 0.00 | 0.00 |
| Total Associate Payroll | 13,613.14 | 12,235.51 | 9,513.14 |
| | | | |
| Payroll - Manager | 6,345.84 | 7,423.07 | 2,923.08 |
| Payroll - Manager Bonus | 0.00 | 0.00 | 0.00 |
| Total Management Payroll | 6,345.84 | 7,423.07 | 2,923.08 |
| | | | |
| Payroll Taxes - Federal & FICA | 2,251.58 | 1,476.87 | 1,091.82 |
| Payroll Taxes - FUTA | 91.86 | 54.98 | 53.63 |
| Payroll Taxes - STUI | 1,115.45 | 527.56 | 273.63 |
| Payroll Taxes - Other | 1,234.67 | 1,234.67 | 1,234.67 |
| Insurance - Health | 312.68 | 774.38 | 386.47 |
| Insurance - Health Other | 10.11 | 17.44 | 51.61 |
| Insurance - Workers Comp | 419.62 | 283.79 | 227.53 |
| Employee Benefits - 401K | 87.00 | 207.68 | 0.00 |
| Total Payroll Taxes and Benefits | 5,522.97 | 4,577.37 | 3,319.46 |
| | | | |
| Total Gross Profit after Prime Costs | 29,487.01 | 23,247.07 | 14,894.97 |
| | | | |
| **Other Controllable Expenses** | | | |
| Payroll Services | 351.41 | 351.42 | 462.52 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 |
| Uniforms | 821.60 | 0.00 | 0.00 |
| Employee Recognition | 185.12 | 557.87 | 0.00 |
| Restaurant Marketing | 0.00 | 0.00 | 18.34 |
| Postage & Delivery | 0.00 | 0.00 | 0.00 |
| Printing | 0.00 | 0.00 | 0.00 |
| Repairs & Maintenance - Restaurant | 1,000.00 | 600.00 | 1,210.00 |
| Cleaning Supplies | 50.00 | 50.00 | 50.00 |
| Office Supplies | 150.00 | 150.00 | 150.00 |
| Restaurant Supplies | 650.00 | 650.00 | 650.00 |
| Trash | 500.00 | 500.00 | 500.00 |
| Landscaping | 180.00 | 180.00 | 180.00 |
| Laundry | 0.00 | 0.00 | 0.00 |
| Exterminator | 0.00 | 0.00 | 0.00 |
| Utilities - Electric | 1,900.00 | 1,900.00 | 1,900.00 |
| Utilities - Gas | 200.00 | 200.00 | 200.00 |

2

Ex. A
**BUDGET**

| | US STAR 1 | US STAR 1 | US STAR 1 |
|---|---|---|---|
| | Checker's 3378 | Checker's 3054 | Checker's 3225 |
| Utilities - Water/Sewer | 250.00 | 250.00 | 250.00 |
| Utilities - Computer & Internet | 150.00 | 150.00 | 150.00 |
| Utilities - Telephone | 50.00 | 50.00 | 50.00 |
| Security | 0.00 | 0.00 | 26.50 |
| Music Expense | 0.00 | 0.00 | 0.00 |
| Recruiting Expenses | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 37.00 | 0.00 |
| Meals | 0.00 | 0.00 | 0.00 |
| Travel - Meals and Entertainment | 0.00 | 0.00 | 0.00 |
| Travel - Parking | 0.00 | 0.00 | 0.00 |
| Travel - Vehicle | 0.00 | 0.00 | 0.00 |
| Hardware Maintenance | 0.00 | 0.00 | 79.60 |
| Software Maintenance | 0.00 | 0.00 | 350.00 |
| Donation Expense | 0.00 | 0.00 | 0.00 |
| Vendor Late Fees | 35.00 | 0.00 | 5.00 |
| Miscellaneous Expense | 0.00 | 0.00 | 0.00 |
| Commissions Expense | 0.00 | 0.00 | 0.00 |
| Catering Expense | 0.00 | 0.00 | 0.00 |
| Cash Over/Short | 0.00 | 0.00 | 0.00 |
| Total Other Controllable Expenses | 6,473.13 | 5,826.29 | 6,231.96 |
| | | | |
| Total Operating Profit | 23,013.88 | 17,620.78 | 8,663.01 |
| Occupancy Expenses | | | |
| Rent | 8,457.01 | 7,904.00 | 5,197.00 |
| Common Area Expenses | 0.00 | 0.00 | 0.00 |
| Insurance - Building | 0.00 | 0.00 | 488.88 |
| Property Taxes | 0.00 | 837.23 | 459.00 |
| Storage Rent | 0.00 | 0.00 | 0.00 |
| Total Occupancy Expenses | 8,457.01 | 8,741.23 | 6,144.88 |
| Non Controllable Expenses | | | |
| Bank Charges | 0.00 | 0.00 | 0.00 |
| Credit Card Charges | 1,481.60 | 1,483.41 | 910.97 |
| Equipment Lease | 150.12 | 162.00 | 898.62 |
| Royalty Fee | 3,116.07 | 2,855.56 | 1,752.39 |
| Marketing Fund Expenses | 2,710.32 | 2,798.63 | 2,252.43 |
| Management Fee Expense | 3,596.08 | 3,335.56 | 2,301.39 |
| Rental Income | 0.00 | 0.00 | 0.00 |
| Total Non Controllable Expenses | 11,054.19 | 10,635.16 | 8,115.80 |
| | | | |
| EBITDA | 3,502.68 | (1,755.61) | (5,597.67) |
| NET INCOME/(LOSS) | 3,502.68 | (1,755.61) | (5,597.67) |

3

Ex. A
**BUDGET**

|  | US STAR 26 | US STAR 30 |
|---|---|---|
|  | Checker's 3057 | Checker's 3213 |
| **Revenue** | | |
| Sales - Food | 55,100.18 | 44,878.97 |
| Sales - Food Other | 0.00 | 0.00 |
| Sales - Non-Alcoholic Beverages | 10,959.09 | 12,335.77 |
| Sales - Catering | 0.00 | 0.00 |
| Sales - Other | 0.00 | 0.00 |
| Sales - Retail | 0.00 | 0.00 |
| Beverage Rebate Program | 371.00 | 154.00 |
| **Total Revenue** | 66,430.27 | 57,368.74 |
| | | |
| **Discounts** | | |
| Discounts & Voids | 1,051.11 | 1,022.62 |
| **Total Discounts** | 1,051.11 | 1,022.62 |
| | | |
| **Total Net Sales** | 65,379.16 | 56,346.12 |
| | | |
| **Cost of Sales** | | |
| COGS - Bakery | (3,186.51) | (2,578.78) |
| COGS - Dairy | 0.00 | 0.00 |
| COGS - Food Other | 20,837.40 | 17,255.78 |
| COGS - Dessert | 0.00 | 0.00 |
| COGS - Grocery | 0.00 | 0.00 |
| COGS - Soup | 0.00 | 0.00 |
| COGS - Meat | 0.00 | 0.00 |
| COGS - Poultry | 0.00 | 0.00 |
| COGS - Produce | 0.00 | 0.00 |
| COGS - Seafood | 0.00 | 0.00 |
| COGS - Condiments | 0.00 | 0.00 |
| COGS - Non-Alcoholic Beverages | 2,246.84 | 1,910.18 |
| **Total Cost of Sales** | 19,897.73 | 16,587.18 |
| | | |
| **Total Gross Profit** | 45,481.43 | 39,758.94 |
| | | |
| **Packaging** | | |
| COGS - Paper and Plastic | 1,383.97 | 1,215.77 |
| COGS - Catering Packaging | 0.00 | 0.00 |
| **Total Packaging** | 1,383.97 | 1,215.77 |
| | | |
| **Total Gross Profit after COGS and Packaging** | 44,097.46 | 38,543.17 |

4

Ex. A
**BUDGET**

| | US STAR 26 | US STAR 30 |
|---|---|---|
| | Checker's 3057 | Checker's 3213 |
| **Labor and Benefits** | | |
| Payroll - Hourly | 14,045.73 | 13,531.41 |
| Payroll - Overtime | 1,322.76 | 851.09 |
| Payroll - Training | 0.00 | 0.00 |
| **Total Associate Payroll** | 15,368.49 | 14,382.50 |
| Payroll - Manager | 3,076.92 | 3,076.92 |
| Payroll - Manager Bonus | 0.00 | 0.00 |
| **Total Management Payroll** | 3,076.92 | 3,076.92 |
| Payroll Taxes - Federal & FICA | 1,411.06 | 1,188.57 |
| Payroll Taxes - FUTA | 45.94 | 39.49 |
| Payroll Taxes - STUI | 242.97 | 196.59 |
| Payroll Taxes - Other | 0.00 | 0.00 |
| Insurance - Health | 0.00 | 675.55 |
| Insurance - Health Other | 0.00 | 93.60 |
| Insurance - Workers Comp | 267.54 | 233.90 |
| Employee Benefits - 401K | 0.00 | 0.00 |
| **Total Payroll Taxes and Benefits** | 1,967.51 | 2,427.70 |
| **Total Gross Profit after Prime Costs** | 23,684.54 | 18,656.05 |
| **Other Controllable Expenses** | | |
| Payroll Services | 485.74 | 488.79 |
| Licenses & Permits | 400.00 | 0.00 |
| Uniforms | 0.00 | 0.00 |
| Employee Recognition | 0.00 | 0.00 |
| Restaurant Marketing | 11.64 | 0.00 |
| Postage & Delivery | 0.00 | 0.00 |
| Printing | 0.00 | 0.00 |
| Repairs & Maintenance - Restaurant | 185.00 | 915.00 |
| Cleaning Supplies | 50.00 | 50.00 |
| Office Supplies | 150.00 | 150.00 |
| Restaurant Supplies | 650.00 | 650.00 |
| Trash | 500.00 | 500.00 |
| Landscaping | 180.00 | 180.00 |
| Laundry | 0.00 | 0.00 |
| Exterminator | 0.00 | 0.00 |
| Utilities - Electric | 1,900.00 | 1,900.00 |
| Utilities - Gas | 200.00 | 200.00 |

5

Ex. A
**BUDGET**

| | US STAR 26 | US STAR 30 |
|---|---|---|
| | Checker's 3057 | Checker's 3213 |
| Utilities - Water/Sewer | 250.00 | 250.00 |
| Utilities - Computer & Internet | 150.00 | 150.00 |
| Utilities - Telephone | 50.00 | 50.00 |
| Security | 0.00 | 26.50 |
| Music Expense | 0.00 | 0.00 |
| Recruiting Expenses | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 |
| Meals | 0.00 | 0.00 |
| Travel - Meals and Entertainment | 0.00 | 0.00 |
| Travel - Parking | 0.00 | 0.00 |
| Travel - Vehicle | 0.00 | 0.00 |
| Hardware Maintenance | 79.60 | 2,226.13 |
| Software Maintenance | 0.00 | 0.00 |
| Donation Expense | 0.00 | 0.00 |
| Vendor Late Fees | 0.00 | 5.00 |
| Miscellaneous Expense | 0.00 | 0.00 |
| Commissions Expense | 0.00 | 0.00 |
| Catering Expense | 0.00 | 0.00 |
| Cash Over/Short | 0.00 | 0.00 |
| Total Other Controllable Expenses | 5,241.98 | 7,741.42 |
| | | |
| Total Operating Profit | 18,442.56 | 10,914.63 |
| Occupancy Expenses | | |
| Rent | 5,400.00 | 4,000.00 |
| Common Area Expenses | 0.00 | 0.00 |
| Insurance - Building | 486.46 | 1,721.29 |
| Property Taxes | 0.00 | 0.00 |
| Storage Rent | 0.00 | 0.00 |
| Total Occupancy Expenses | 5,886.46 | 5,721.29 |
| Non Controllable Expenses | | |
| Bank Charges | 0.00 | 256.80 |
| Credit Card Charges | 1,584.60 | 1,056.43 |
| Equipment Lease | 890.22 | 764.87 |
| Royalty Fee | 2,583.83 | 2,247.69 |
| Marketing Fund Expenses | 2,539.15 | 2,277.75 |
| Management Fee Expense | 3,026.44 | 2,727.68 |
| Rental Income | 0.00 | 0.00 |
| Total Non Controllable Expenses | 10,624.24 | 9,331.22 |
| | | |
| EBITDA | 1,931.86 | (4,137.88) |
| NET INCOME/(LOSS) | 1,931.86 | (4,137.88) |

Ex. A
**BUDGET**

| | US STAR 6 | US STAR 6 | US STAR 6 |
|---|---|---|---|
| | Captain D's 365010 | Captain D's 365011 | Captain D's 365014 |
| **Revenue** | | | |
| Sales - Food | 63,724.80 | 56,288.69 | 53,944.11 |
| Sales - Food Other | 0.00 | 0.00 | 0.00 |
| Sales - Non-Alcoholic Beverages | 4,653.94 | 4,505.69 | 5,278.55 |
| Sales - Catering | 0.00 | 0.00 | 0.00 |
| Sales - Other | 0.00 | 0.00 | 0.00 |
| Sales - Retail | 0.00 | 0.00 | 0.00 |
| Beverage Rebate Program | 0.00 | 0.00 | 0.00 |
| **Total Revenue** | 68,378.74 | 60,794.38 | 59,222.66 |
| | | | |
| **Discounts** | | | |
| Discounts & Voids | 1,910.31 | 1,082.04 | 2,161.56 |
| **Total Discounts** | 1,910.31 | 1,082.04 | 2,161.56 |
| | | | |
| **Total Net Sales** | 66,468.43 | 59,712.34 | 57,061.10 |
| | | | |
| **Cost of Sales** | | | |
| COGS - Bakery | 0.00 | 0.00 | 0.00 |
| COGS - Dairy | 0.00 | 0.00 | 0.00 |
| COGS - Food Other | 20,052.87 | 18,461.51 | 16,305.66 |
| COGS - Dessert | 0.00 | 0.00 | 0.00 |
| COGS - Grocery | 0.00 | 0.00 | 40.32 |
| COGS - Soup | 0.00 | 0.00 | 0.00 |
| COGS - Meat | 0.00 | 0.00 | 0.00 |
| COGS - Poultry | 0.00 | 0.00 | 0.00 |
| COGS - Produce | 0.00 | 0.00 | 0.00 |
| COGS - Seafood | 0.00 | 0.00 | 0.00 |
| COGS - Condiments | 0.00 | 0.00 | 0.00 |
| COGS - Non-Alcoholic Beverages | 693.69 | 1,111.43 | 1,857.68 |
| **Total Cost of Sales** | 20,746.56 | 19,572.94 | 18,203.86 |
| | | | |
| **Total Gross Profit** | 45,721.87 | 40,139.40 | 38,857.24 |
| | | | |
| **Packaging** | | | |
| COGS - Paper and Plastic | 1,736.79 | 1,326.52 | 1,391.83 |
| COGS - Catering Packaging | 0.00 | 0.00 | 0.00 |
| **Total Packaging** | 1,736.79 | 1,326.52 | 1,391.83 |
| | | | |
| **Total Gross Profit after COGS and Packaging** | 43,985.08 | 38,812.88 | 37,465.41 |

7

Ex. A
BUDGET

| | US STAR 6 | US STAR 6 | US STAR 6 |
|---|---|---|---|
| | Captain D's 365010 | Captain D's 365011 | Captain D's 365014 |
| **Labor and Benefits** | | | |
| Payroll - Hourly | 10,926.87 | 8,461.00 | 12,047.00 |
| Payroll - Overtime | 42.07 | 287.77 | 92.10 |
| Payroll - Training | 0.00 | 0.00 | 0.00 |
| Total Associate Payroll | 10,968.94 | 8,748.77 | 12,139.10 |
| | | | |
| Payroll - Manager | 5,763.40 | 6,177.36 | 2,923.08 |
| Payroll - Manager Bonus | 0.00 | 3,375.00 | 0.00 |
| Total Management Payroll | 5,763.40 | 9,552.36 | 2,923.08 |
| | | | |
| Payroll Taxes - Federal & FICA | 1,251.93 | 1,562.97 | 1,366.31 |
| Payroll Taxes - FUTA | 49.96 | 75.46 | 63.59 |
| Payroll Taxes - STUI | 79.13 | 102.98 | 105.39 |
| Payroll Taxes - Other | 0.00 | 0.00 | 0.00 |
| Insurance - Health | 713.26 | 1,307.84 | 387.19 |
| Insurance - Health Other | (0.48) | 33.86 | (29.22) |
| Insurance - Workers Comp | 75.63 | 95.93 | 81.58 |
| Employee Benefits - 401K | 0.00 | 0.00 | 0.00 |
| Total Payroll Taxes and Benefits | 2,169.43 | 3,179.04 | 1,974.84 |
| | | | |
| **Total Gross Profit after Prime Costs** | 25,083.31 | 17,332.71 | 20,428.39 |
| | | | |
| **Other Controllable Expenses** | | | |
| Payroll Services | 299.40 | 299.40 | 299.39 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 |
| Uniforms | 0.00 | 0.00 | 0.00 |
| Employee Recognition | 0.00 | 0.00 | 0.00 |
| Restaurant Marketing | 1,614.60 | 1,614.60 | 1,614.60 |
| Postage & Delivery | 0.00 | 0.00 | 0.00 |
| Printing | 0.00 | 0.00 | 0.00 |
| Repairs & Maintenance - Restaurant | 140.00 | 600.00 | 169.02 |
| Cleaning Supplies | 50.00 | 50.00 | 50.00 |
| Office Supplies | 150.00 | 150.00 | 150.00 |
| Restaurant Supplies | 650.00 | 650.00 | 650.00 |
| Trash | 500.00 | 500.00 | 500.00 |
| Landscaping | 180.00 | 180.00 | 180.00 |
| Laundry | 0.00 | 0.00 | 0.00 |
| Exterminator | 0.00 | 0.00 | 0.00 |
| Utilities - Electric | 1,900.00 | 1,900.00 | 1,900.00 |
| Utilities - Gas | 200.00 | 200.00 | 200.00 |

8

Ex. A
**BUDGET**

| | US STAR 6 | US STAR 6 | US STAR 6 |
|---|---|---|---|
| | Captain D's 365010 | Captain D's 365011 | Captain D's 365014 |
| Utilities - Water/Sewer | 250.00 | 250.00 | 250.00 |
| Utilities - Computer & Internet | 150.00 | 150.00 | 150.00 |
| Utilities - Telephone | 50.00 | 50.00 | 50.00 |
| Security | 0.00 | 0.00 | 0.00 |
| Music Expense | 0.00 | 0.00 | 0.00 |
| Recruiting Expenses | 55.00 | 55.00 | 55.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 |
| Meals | 0.00 | 0.00 | 0.00 |
| Travel - Meals and Entertainment | 0.00 | 0.00 | 0.00 |
| Travel - Parking | 0.00 | 0.00 | 0.00 |
| Travel - Vehicle | 0.00 | 0.00 | 0.00 |
| Hardware Maintenance | 0.00 | 0.00 | 0.00 |
| Software Maintenance | 236.00 | 236.00 | 236.00 |
| Donation Expense | 0.00 | 0.00 | 0.00 |
| Vendor Late Fees | 0.00 | 0.00 | 0.00 |
| Miscellaneous Expense | 8.99 | 71.04 | 65.82 |
| Commissions Expense | 0.00 | 0.00 | 0.00 |
| Catering Expense | 0.00 | 0.00 | 0.00 |
| Cash Over/Short | 0.00 | 0.00 | 0.00 |
| Total Other Controllable Expenses | 6,433.99 | 6,956.04 | 6,519.83 |
| | | | |
| Total Operating Profit | 18,649.32 | 10,376.67 | 13,908.56 |
| **Occupancy Expenses** | | | |
| Rent | 3,886.16 | 5,732.07 | 5,183.79 |
| Common Area Expenses | 0.00 | 0.00 | 0.00 |
| Insurance - Building | 519.03 | 519.03 | 519.02 |
| Property Taxes | 786.46 | 963.30 | 283.90 |
| Storage Rent | 0.00 | 0.00 | 0.00 |
| Total Occupancy Expenses | 5,191.65 | 7,214.40 | 5,986.71 |
| **Non Controllable Expenses** | | | |
| Bank Charges | 0.00 | 0.00 | 0.00 |
| Credit Card Charges | 20.58 | 12.78 | 9.87 |
| Equipment Lease | 0.00 | 0.00 | 0.00 |
| Royalty Fee | 2,412.64 | 2,269.63 | 1,970.08 |
| Marketing Fund Expenses | 2,198.19 | 2,067.88 | 1,794.96 |
| Management Fee Expense | 3,338.38 | 3,148.49 | 2,762.44 |
| Rental Income | 0.00 | 0.00 | 0.00 |
| Total Non Controllable Expenses | 7,969.79 | 7,498.78 | 6,537.35 |
| | | | |
| EBITDA | 5,487.88 | (4,336.51) | 1,384.50 |
| **NET INCOME/(LOSS)** | 5,487.88 | (4,336.51) | 1,384.50 |

Ex. A
BUDGET

| | US STAR 39 | US STAR 39 | US STAR 39 | US STAR 39 | US STAR 39 | US STAR 39 |
|---|---|---|---|---|---|---|
| | Newk's Eatery 1019 | Newk's Eatery 1034 | Newk's Eatery 1049 | Newk's Eatery 1081 | Newk's Eatery 1083 | Newk's Eatery 1118 |
| **Revenue** | | | | | | |
| Sales - Food | 134,885.31 | 137,420.39 | 83,908.23 | 94,714.68 | 129,579.62 | 125,343.55 |
| Sales - Food Other | 6,391.38 | 5,015.14 | 7,630.71 | 6,855.33 | 8,877.28 | 11,251.31 |
| Sales - Non-Alcoholic Beverages | 18,957.46 | 17,215.57 | 9,497.37 | 10,780.41 | 13,975.11 | 15,391.13 |
| Sales - Catering | 14,058.37 | 12,146.36 | 27,215.88 | 20,203.54 | 26,852.26 | 12,115.43 |
| Sales - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sales - Retail | 60.00 | 0.00 | 0.00 | 75.00 | 5.00 | 125.00 |
| Beverage Rebate Program | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Revenue | 174,352.52 | 171,797.46 | 128,252.19 | 132,628.96 | 179,289.27 | 164,226.42 |
| **Discounts** | | | | | | |
| Discounts & Voids | 5,570.48 | 4,249.80 | 1,868.45 | 2,770.71 | 2,745.38 | 3,491.04 |
| Total Discounts | 5,570.48 | 4,249.80 | 1,868.45 | 2,770.71 | 2,745.38 | 3,491.04 |
| Total Net Sales | 168,782.04 | 167,547.66 | 126,383.74 | 129,858.25 | 176,543.89 | 160,735.38 |
| **Cost of Sales** | | | | | | |
| COGS - Bakery | 4,321.32 | 4,082.62 | 3,956.80 | 3,467.97 | 4,776.90 | 3,864.60 |
| COGS - Dairy | 5,104.67 | 5,344.82 | 4,307.87 | 3,944.33 | 5,748.23 | 4,866.03 |
| COGS - Food Other | (74.62) | 280.94 | (115.08) | (186.72) | 64.64 | (5.53) |
| COGS - Dessert | 4,623.47 | 2,090.25 | 2,717.55 | 2,271.47 | 3,792.50 | 2,515.96 |
| COGS - Grocery | 6,602.12 | 7,636.69 | 5,258.48 | 6,628.12 | 5,495.38 | 6,419.85 |
| COGS - Soup | 6,302.58 | 4,044.11 | 2,729.21 | 2,549.63 | 3,340.15 | 4,225.06 |
| COGS - Meat | 3,501.91 | 4,906.73 | 3,482.45 | 3,522.85 | 4,993.96 | 4,701.75 |
| COGS - Poultry | 1,994.30 | 5,804.65 | 3,301.84 | 4,932.50 | 6,047.18 | 7,245.21 |
| COGS - Produce | 9,266.88 | 10,848.15 | 4,898.21 | 8,131.66 | 10,371.11 | 9,001.05 |
| COGS - Seafood | 1,055.88 | 2,795.31 | 2,079.42 | 2,084.25 | 3,186.42 | 2,635.38 |
| COGS - Condiments | 0.00 | 0.00 | 0.00 | 9.02 | 34.82 | 0.00 |
| COGS - Non-Alcoholic Beverages | 3,619.29 | 3,256.25 | 2,649.61 | 2,333.64 | 3,495.91 | 3,210.73 |
| Total Cost of Sales | 46,517.80 | 51,090.52 | 35,266.36 | 39,888.72 | 51,347.20 | 48,680.09 |
| Total Gross Profit | 122,264.24 | 116,457.14 | 91,117.38 | 90,169.53 | 125,196.69 | 112,055.29 |
| **Packaging** | | | | | | |
| COGS - Paper and Plastic | 5,047.41 | 5,508.19 | 5,785.53 | 3,979.94 | 6,106.82 | 4,849.56 |
| COGS - Catering Packaging | 1,170.07 | 422.82 | 1,335.17 | 679.33 | 1,389.35 | 716.15 |
| Total Packaging | 6,217.48 | 5,931.01 | 7,120.70 | 4,659.27 | 7,496.17 | 5,565.71 |
| Total Gross Profit after COGS and Packaging | 116,046.76 | 110,526.13 | 83,996.68 | 85,510.26 | 117,700.52 | 106,489.58 |

10

Ex. A
BUDGET

| | US STAR 39 | US STAR 39 | US STAR 39 | US STAR 39 | US STAR 39 | US STAR 39 |
|---|---|---|---|---|---|---|
| | Newk's Eatery 1019 | Newk's Eatery 1034 | Newk's Eatery 1049 | Newk's Eatery 1081 | Newk's Eatery 1083 | Newk's Eatery 1118 |
| **Labor and Benefits** | | | | | | |
| Payroll - Hourly | 28,384.07 | 26,194.56 | 22,355.09 | 22,550.95 | 38,846.43 | 31,856.94 |
| Payroll - Overtime | 0.00 | 2,190.26 | 1,943.31 | 1,059.07 | 663.57 | 260.98 |
| Payroll - Training | 209.13 | 208.18 | 218.18 | 209.13 | 190.55 | 209.13 |
| Total Associate Payroll | 28,593.20 | 28,593.00 | 24,516.58 | 23,819.15 | 39,700.55 | 32,327.05 |
| | | | | | | |
| Payroll - Manager | 12,423.09 | 14,206.16 | 10,153.86 | 11,846.17 | 10,557.72 | 7,487.17 |
| Payroll - Manager Bonus | 3,095.35 | 2,540.45 | 0.00 | 0.00 | 0.00 | 1,347.48 |
| Total Management Payroll | 15,518.44 | 16,746.61 | 10,153.86 | 11,846.17 | 10,557.72 | 8,834.65 |
| | | | | | | |
| Payroll Taxes - Federal & FICA | 3,435.25 | 3,817.71 | 3,216.26 | 3,196.34 | 3,293.89 | 3,325.27 |
| Payroll Taxes - FUTA | 191.18 | 200.14 | 168.72 | 207.67 | 231.80 | 223.04 |
| Payroll Taxes - STUI | 856.06 | 892.59 | 750.32 | 930.47 | 1,039.14 | 1,000.00 |
| Payroll Taxes - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance - Health | 2,677.46 | 3,583.60 | 1,070.98 | 986.46 | 986.46 | 986.46 |
| Insurance - Health Other | (681.23) | (615.09) | (96.24) | (162.01) | (253.65) | (297.96) |
| Insurance - Workers Comp | 366.22 | 403.81 | 332.02 | 326.16 | 501.25 | 340.90 |
| Employee Benefits - 401K | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Payroll Taxes and Benefits | 6,844.94 | 8,282.76 | 5,442.06 | 5,485.09 | 5,798.89 | 5,577.71 |
| | | | | | | |
| Total Gross Profit after Prime Costs | 65,090.18 | 56,903.76 | 43,884.18 | 44,359.85 | 61,643.36 | 59,750.17 |
| | | | | | | |
| **Other Controllable Expenses** | | | | | | |
| Payroll Services | 581.49 | 581.49 | 846.86 | 717.83 | 581.49 | 622.55 |
| Licenses & Permits | 0.00 | 0.00 | (256.00) | 0.00 | 0.00 | 0.00 |
| Uniforms | 177.90 | 297.53 | 568.36 | 353.68 | 436.47 | 16.01 |
| Employee Recognition | 468.57 | 468.57 | 468.57 | 468.57 | 468.58 | 468.58 |
| Restaurant Marketing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage & Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 7.64 | 0.00 |
| Printing | 172.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs & Maintenance - Restaurant | 263.85 | 64.22 | 600.00 | 323.03 | 200.63 | 827.25 |
| Cleaning Supplies | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Office Supplies | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Restaurant Supplies | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| Trash | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Landscaping | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 |
| Laundry | 77.80 | 0.00 | 61.14 | 0.00 | 77.96 | 0.00 |
| Exterminator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Electric | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| Utilities - Gas | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |

11

Ex. A
BUDGET

| | US STAR 39 | US STAR 39 | US STAR 39 | US STAR 39 | US STAR 39 | US STAR 39 |
|---|---|---|---|---|---|---|
| | Newk's Eatery 1019 | Newk's Eatery 1034 | Newk's Eatery 1049 | Newk's Eatery 1081 | Newk's Eatery 1083 | Newk's Eatery 1118 |
| Utilities - Water/Sewer | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| Utilities - Computer & Internet | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Utilities - Telephone | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Security | 0.00 | 0.00 | 123.90 | 0.00 | 0.00 | 132.59 |
| Music Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71.01 |
| Recruiting Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 136.00 | 0.00 |
| Meals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel - Meals and Entertainment | 0.00 | 321.50 | 0.00 | 0.00 | 138.74 | 25.48 |
| Travel - Parking | 463.36 | 325.00 | 1,520.01 | 1,210.00 | 1,240.00 | 455.00 |
| Travel - Vehicle | (449.89) | (701.33) | (1,389.73) | (1,068.88) | (1,513.66) | (496.18) |
| Hardware Maintenance | 937.33 | 288.18 | 809.11 | 791.61 | 1,380.56 | 1,592.72 |
| Software Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Donation Expense | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vendor Late Fees | 112.57 | 0.00 | 50.21 | 41.55 | 0.00 | 0.00 |
| Miscellaneous Expense | 0.00 | 0.00 | 8.18 | (491.37) | (235.00) | 0.00 |
| Commissions Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Catering Expense | 943.74 | 817.28 | 1,081.27 | 1,028.28 | 1,464.11 | 533.20 |
| Cash Over/Short | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Other Controllable Expenses | 9,429.02 | 8,142.44 | 10,171.88 | 9,054.30 | 10,063.52 | 9,928.21 |
| | | | | | | |
| Total Operating Profit | 55,661.16 | 48,761.32 | 33,712.30 | 35,305.55 | 51,579.84 | 49,821.96 |
| Occupancy Expenses | | | | | | |
| Rent | 12,177.49 | 15,248.26 | 14,671.00 | 12,142.08 | 17,166.67 | 10,312.50 |
| Common Area Expenses | (5,927.16) | 0.00 | 0.00 | 1,989.00 | 0.00 | 2,475.96 |
| Insurance - Building | 884.44 | 884.44 | 884.44 | 972.44 | 884.44 | 1,099.83 |
| Property Taxes | 0.00 | 0.00 | 0.00 | 1,481.00 | 0.00 | 464.37 |
| Storage Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Occupancy Expenses | 7,134.77 | 16,132.70 | 15,555.44 | 16,584.52 | 18,051.11 | 14,352.66 |
| Non Controllable Expenses | | | | | | |
| Bank Charges | 0.00 | 0.00 | 64.00 | 0.00 | 0.00 | 64.00 |
| Credit Card Charges | 3,665.83 | 3,825.75 | 2,937.39 | 3,315.87 | 4,386.56 | 3,482.10 |
| Equipment Lease | 118.04 | 0.00 | 0.00 | 0.00 | 117.50 | 0.00 |
| Royalty Fee | 8,712.96 | 8,377.38 | 6,065.88 | 6,492.90 | 8,827.19 | 8,036.77 |
| Marketing Fund Expenses | 2,613.88 | 2,513.21 | 1,819.76 | 1,947.87 | 2,648.15 | 2,411.02 |
| Management Fee Expense | 7,231.28 | 7,181.91 | 5,332.71 | 5,674.33 | 7,541.76 | 6,909.42 |
| Rental Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Non Controllable Expenses | 22,341.99 | 21,898.25 | 16,219.74 | 17,430.97 | 23,521.16 | 20,903.31 |
| | | | | | | |
| EBITDA | 26,184.40 | 10,730.37 | 1,937.12 | 1,290.06 | 10,007.57 | 14,565.99 |
| NET INCOME/(LOSS) | 26,184.40 | 10,730.37 | 1,937.12 | 1,290.06 | 10,007.57 | 14,565.99 |

12

## CERTIFICATE OF SERVICE

This is to certify that on this date I filed the foregoing **EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL** using the Court's CM/ECF system and served a true and correct copy upon the following parties by overnight mail, facsimile transmission, or electronic mail:

> Office of the U.S. Trustee
> 362 Richard B. Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, Georgia 30303
> USTP.Region21@usdoj.gov
> ustpregion21.at.ecf@usdoj.gov

Dated: October 2, 2019.

*/s/ William A. Rountree*
William A. Rountree
Georgia State Bar No. 616503