# CHAPTER 11 CASE: LIST OF THE 30 LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS

| Name of Creditor and complete mailing address | Fax or email address | Unsecured claim amount |
|---|---|---|
| Wallis State Bank<br>10055 Almeda Genoa, Suite 100<br>Houston, TX 77075 | evan.altman@laslawgroup.com | $4,046,296.00 |
| Healthy International<br>11735 Pointe Place<br>Roswell, GA 30076 | r.ahmadoghlu@gmail.com | $2,500,00.00 |
| Customized Distribution, LLC<br>605 Selig Dr. SW # A<br>Atlanta, GA 30336 | customerservice@cdi-llc.com | $1,305,396.83 |
| Hutton QSR, LLC<br>736 Cherry St.<br>Chattanooga, TN 37402 | bharber@hutton.build<br>and info@hutton.build | $1,000,000.00 |
| Spring Home Builders, Inc.<br>11735 Pointe Place<br>Roswell, GA 30076 | burakmete@me.com | $,960,000.00 |
| Dallas Growth Capital and Funding, LLC<br>4890 Alpha Rd<br>Dallas, TX 75244 | hello@getsproutfunding.com | $843,147.00 |
| MTN2, LLC<br>535 COOL SPRINGS BLVD STE 120<br>FRANKLIN, TN 37067-7235 USA | poreilly@mtn1llc.com | $750,000.00 |
| MBU Development Holdings, LLC<br>1 Churchill Plac<br>Canary Wharf<br>London, United Kingdom, E14 5 HP | abid.hussain@mbucapital.com | $500,000.00 |
| Fox Capital Group, Inc.<br>21701 Steven Creek Blvd<br>Unite 2796<br>Cupertino, CA 95015 | underwriting@foxbusinessfunding.com | $460,400.00 |

| | | |
|---|---|---|
| Captain D's LLC<br>624 Grassmere Park Dr.<br>Suite 30<br>Nashville, TN 37211 | Keith_Davis@captainds.com | $400,000.00 |
| Rasvan Mizoyev<br>174 Rutherford Pl<br>North Arlington, NJ 07031 | ravsan2001@gmail.com | $400,000.00 |
| ATA International C/o Alan Scheiderman<br>1935 Cliff Valley Ste 118<br>Atlanta, GA 30329 | ertanorbay@gmail.com | $250,000.00 |
| Augusta Burgers Express, Inc.<br>3540 Wheeler Road #514<br>Augusta, GA 30909 | andy@pye.comcastbiz.net | $238,221.39 |
| Eatan Orbay<br>6240 Westfall Pkwy<br>Cumming, GA 30909 | ertanorbay@gmail.com | $200,000.00 |
| Balsayat Jaroyeva<br>8100 River Road, Apt. 505<br>North Bergen, NJ 07047 | blystatlanta@gmail.com | $200,000.00 |
| Gel Funding, LLC aka Chrome Capital<br>5308 13 Ave, Ste 324<br>Brooklyn, NY 11219 | info@chromecapitalfunding.com | $150,000.00 |
| Quick Bridge Funding, LLC<br>410 Exchange<br>Irvine, CA 92602 | sotero@quickbridge.com | $92,400.00 |
| Huseyin Civan<br>4501 Avalon Blvd<br>Alpharetta, GA 30009 | huseyincivan@gmail.comv | $65,000.00 |
| FreshPoint<br>1200 Oakley Industrial Blvd<br>Ste. B<br>Fairburn, GA 30213 | Fax 704-599-8751 | $43,584.05 |
| Carolina-Georgia Sound, Inc.<br>3062 Damascus Rd<br>Augusta, GA 30909 | sales@cgssoundvideo.com | 36,913.01 |
| Bimbo QSR Ohio, LLC<br>3005 East Pointe Dr.<br>Zanesville, OH, 43701 | Tamara.Cullins@grupobimbo.com | 36,849.02 |
| | | |

| | | |
|---|---|---|
| Wasserstrom Restaurant Supply<br>PO Box 182046<br>Columbus, OH 43218 | Fax: 614 340-7175 | $32,644.93 |
| Ahmed H. Zaki, C.P.A, P.C.<br>2434 GA -120 Ste 110<br>Duluth, GA 30097<br>ahmed@zakicpa.com | ahmed@zakicpa.com | $25,860.00 |
| Bainbridge Management Inc.<br>890 F. Atlanta, ST # 235<br>Roswell, GA 30075 | mhornsteiner@earthlink.net | 21,739.00 |
| Fidelity Bank<br>PO Box 105075<br>Atlanta, GA 30348 | customersupport@lionbank.com | $16,000.00 |
| Citibank, N.A.<br>PO Box 6191<br>Sioux Falls, SD 57117 | Fax: 605-330-6801 | $4,000.00 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130 | customerservice@capitalone.com | $0.00 |
| Pawnee Leasing Corporation<br>3801 Automation Way<br>Suite 207<br>Fort Collins, Co. 80526 | Fax: 970-482-2666 | Unknown |
| Amur Equipment Finance, Inc.<br>308 N. Locust St. #100<br>Grand Island, NE 68801 | CustomerCare@amuref.com | Unknown |

| | | |
|---|---|---|
| Rasvan Mizoyev<br>174 Rutherford Pl<br>North Arlington, NJ 0703 | ravsan2001@gmail.com | $360,000.00 |