| Legal Company Name | LLC | Brand | Status | EIN | Location/Store # | Director of Operations | Street Address | Suite # | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Star Chain Inc** | | | | 81-3430903 | HQ | | 11735 Pointe Pl. | | Alpharetta | GA | 30076 |
| US Star 1 LLC, Checkers | 1 | Checker's | Open | 81-3683291 | 3054 | Drew Pye | 1029 Edgefield Rd | | North Augusta | SC | 29860 |
| US Star 1 LLC, Checkers | 1 | Checker's | Open | 81-3683291 | 3378 | Drew Pye | 1846 Remount Rd | | Hanahan | SC | 29410 |
| US Star 1 LLC, Checkers | 1 | Checker's | Open | 81-3683291 | 3225 | Jonathan Gates | 943 Jesse Jewell Pkwy | | Gainesville | GA | 30501 |
| US Star 3 LLC, Yogli Mogli | 3 | Yogli Mogli | Open | 81-4560732 | Virginia Highland | Mike Tillis | 1002 N Highland Ave | | Atlanta | GA | 30306 |
| US Star 5 LLC, Checkers | 5 | Checker's | Open | 81-5157745 | 3061 | Jonathan Gates | 9500 Highway 92 | | Woodstock | GA | 30188 |
| US Star 6 LLC, Captain D's | 6 | Captain D's | Open | 82-4814002 | 365010 | Mike Tillis | 5320 JFK Boulevard | | North Little Rock | AR | 72116 |
| | 6 | Captain D's | Open | 82-4814002 | 365011 | Mike Tillis | 6301 Colonial Glenn Road | | Little Rock | AR | 72204 |
| | 6 | Captain D's | Open | 82-4814002 | 365014 | Mike Tillis | 1602 East Race Street | | Searcy | AR | 72143 |
| US Star 8, LLC, Yogli Mogli | 8 | Yogli Mogli | Open | 82-1378852 | East Cobb | Mike Tillis | 1255 Johnson Ferry Rd | Suite 35 | Marietta | GA | 30068 |
| US Star 9 LLC, Yogli Mogli | 9 | Yogli Mogli | Open | 82-1378891 | Marietta | Mike Tillis | 3605 Sandy Plains Rd | Suite 150 | Marietta | GA | 30066 |
| US Star 10 LLC, Yogli Mogli | 10 | Yogli Mogli | Open | 82-1497410 | Hiram | Mike Tillis | 5157 Jimmy Lee Smith Pkwy | Suite 109 | Hiram | GA | 30141 |
| | | | | | | | | | | | |
| US Star 11 LLC, Checkers | 11 | Checker's | Open | 81-5179669 | 3005 | Drew Pye | 2611 Deans Bridge Rd | | Augusta | GA | 30906 |
| US Star 12 LLC, Checkers | 12 | Checker's | Open | 81-5195774 | 3007 | Drew Pye | 2901 Peach Orchard Rd | | Augusta | GA | 30906 |
| | | | | | | | | | | | |
| US Star 16 LLC, Checkers | 16 | Checker's | Open | 82-0640534 | 3174 | Drew Pye | 3554 Windsor Spring Rd | | Augusta | GA | 30906 |
| US Star 17 LLC, Checkers | 17 | Checker's | Open | 82-2033512 | 3079 | Jonathan Gates | 4948 Jonesboro Rd | | Forest Park | GA | 30297 |
| US Star 18 LLC, Yogli Mogli | 18 | Yogli Mogli | Open | 82-2808381 | West Cobb | Mike Tillis | 3600 Dallas Hwy | 290 | Marietta | GA | 30064 |
| US Star 19 LLC, Checkers | 19 | Checker's | Open | 82-2862917 | 1082 | Jonathan Gates | 4270 Lavista Rd | | Tucker | GA | 30084 |
| | 19 | Checker's | Open | 82-2862917 | 1134 | Jonathan Gates | 1947 Scenic Highway South | | Snellville | GA | 30078 |
| | 19 | Checker's | Open | 82-2862917 | 1135 | Jonathan Gates | 2336 Pleasant Hill Rd | | Duluth | GA | 30096 |
| | 19 | Checker's | Open | 82-2862917 | 1140 | Jonathan Gates | 919 Buford Drive | | Lawrenceville | GA | 30043 |
| US Star 20 LLC, Checkers | 20 | Checker's | Open | 82-3016442 | 3311 | Drew Pye | 4399 Drochester Rd | | N. Charleston | SC | 29405 |
| US Star 21 LLC, Checkers | 21 | Checker's | Open | 82-3026525 | 3312 | Drew Pye | 601 N. Main St | | Summerville | SC | 29483 |
| US Star 26 LLC, Checkers | 26 | Checker's | Open | 82-4626387 | 3057 | Jonathan Gates | 6344 Lawrenceville Hwy. | | Tucker | GA | 30084 |
| US Star 27 LLC, Checkers | 27 | Checker's | Open | 82-4661140 | 3135 | Jonathan Gates | 721 W Taylor St. | | Griffin | GA | 30223 |
| US Star 30 LLC, Checkers | 30 | Checker's | Open | 82-4797834 | 3213 | Jonathan Gates | 12 Bo James St. | | Clayton | GA | 30525 |
| | | | | | | | | | | | |
| US Star 31 LLC, Checkers | 31 | Checker's | Open | 82-4844830 | 3222 | Jonathan Gates | 3745 Austell Rd. SW | | Marietta | GA | 30060 |
| US Star 32 LLC, Checkers | 32 | Checker's | Open | 82-4850996 | 3223 | Jonathan Gates | 5801 Buford Hwy. | | Doraville | GA | 30340 |
| US Star 33 LLC, Checkers | 33 | Checker's | Open | 82-4869104 | 3299 | Jonathan Gates | 6000 Memorial Drive | | Stone Mountain | GA | 30083 |
| US Star 36 LLC, Checkers | 36 | Checker's | Open | 82-4956082 | 3477 | Jonathan Gates | 2148 Lawrenceville Hwy. | | Decatur | GA | 30033 |
| US Star 39 LLC, Newk's | 39 | Newk's | Open | 82-5045820 | 1019 | Phillip O'Reilly | 2615 Medical Center Parkway | | Murfreesboro | TN | 37129 |

| Legal Company Name | LLC | Brand | Status | EIN | Location/Store # | Director of Operations | Street Address | Suite # | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 39 | Newk's | Open | 82-5045820 | 1034 | Phillip O'Reilly | 535 Cool Srpings Blvd. | 120 | Franklin | TN | 37067 |
| | 39 | Newk's | Open | 82-5045820 | 1049 | Phillip O'Reilly | 4550 Harding Pike | | Nashville | TN | 37205 |
| | 39 | Newk's | Open | 82-5045820 | 1081 | Phillip O'Reilly | 7020 Executive Center Drive | | Brentwood | TN | 37027 |
| | 39 | Newk's | Open | 82-5045820 | 1083 | Phillip O'Reilly | 2714 West End Ave. | | Nashville | TN | 37203 |
| | 39 | Newk's | Open | 82-5045820 | 1118 | Phillip O'Reilly | 149 Wendlewood Drive | | Murfreesboro | TN | 37129 |
| US Star 41 LLC, Captain D's | 41 | Captain D's | Open | 37-1911319 | 365012 | Mike Tillis | 1109 West Main Street | | Jacksonville | AR | 72076 |
| | 41 | Captain D's | Open | 37-1911319 | 365013 | Mike Tillis | 1419 Military Road | | Benton | AR | 72015 |
| | 41 | Captain D's | Open | 37-1911319 | 365016 | Mike Tillis | 221 Shockley Ferry Road | | Anderson | SC | 29624 |